IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-2834 |
| | : | |
| v. | : | |
| | : | |
| ERIK J. GUTOWSKI, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 8th day of December, 2022, after considering the complaint filed by the plaintiff, Zurich American Insurance Company (Doc. No. 1), and the plaintiff's motion for entry of a default judgment (Doc. No. 9); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's motion for entry of a default judgment (Doc. No. 9) is **GRANTED**;

2. Judgment is **ENTERED** in favor of the plaintiff, Zurich American Insurance Company, and against the defendant, Erik J. Gutowski;

3. The plaintiff, Zurich American Insurance Company, has no duty to defend or indemnify the defendant, Erik J. Gutowski, in the litigation styled as *Noble v. Total Rental, Inc. and Erik Gutowski*, No. 2020-10928 (Montgomery Cnty. Ct. Com. Pl.); and

4. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.